**NOT FOR PUBLICATION  IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000931**
**29-JUL-2021**
**12:42 PM**
**Dkt. 61 OCOR**

NO. CAAP-18-0000931

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
BRUCE KAAIKALA, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
EWA DIVISION
(CASE NO. 1DTA-17-02251)


ORDER OF CORRECTION
(By: Ginoza, Chief Judge for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on June 14, 2021, is hereby corrected as follows:

At page 1, in footnote 1, replace "The Honorable Sherri-Ann L. Iha presided." with "The Honorable Thomas A.K. Haia presided over the trial."  The footnote shall read as follows:

> The Honorable Thomas A.K. Haia presided over the trial.

At page 2, line 5 from the top, insert a footnote after "conviction."  The new footnote shall read as follows:

> [2]  The Honorable Sherri-Ann L. Iha presided regarding the November 7, 2018 filing.

---

[1]  Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, July 29, 2021.

FOR THE COURT:

/s/ Lisa M. Ginoza
Chief Judge